# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

__________ Division

Raheem M. Wilson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Federal Bureau Of Investigation Agencies; Philadelphia County Police Departments Law Enforcement; Randolph Hope; Maryanne White; Dwayne Gray; Harold White; Faree White; Michael Finley; Michael

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

REC'D SEP 20 2024

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Raheem M. Wilson |
| Address | 4210 Loring Street |
| | Philadelphia (*City*) PA (*State*) 19136 (*Zip Code*) |
| County | Philadelphia County |
| Telephone Number | |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Randolph Hope |
| Job or Title *(if known)* | Federal Bureau Of Investigation Employee |
| Address | 601 Market Street |
| | Philadelphia (*City*) Pa (*State*) 19106 (*Zip Code*) |
| County | Philadelphia |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Maryanne White & Her Family Carroll's, Brown's,White's & Gray's |
| Job or Title *(if known)* | Federal Bureau Of Investigation Employee |
| Address | 601 Market Street |
| | Philadelphia (*City*) Pa (*State*) 19106 (*Zip Code*) |
| County | Philadelphia |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Sgt.Kinard#338, Captain Kimrey, Philadelphia Officer Russell

Job or Title *(if known)*: Philadelphia County Police Department Employees

Address: 400 South Broad Street

Philadelphia (*City*) Pa (*State*) 19104 (*Zip Code*)

County: Philadelphia

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Michael Bison

Job or Title *(if known)*: Federal Bureau Of Investigation Employee

Address: 601 Market Street

Philadelphia (*City*) Pa (*State*) 19106 (*Zip Code*)

County: Philadelphia

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Cruel and Unusual Punishment. Discrimination under color law. Due Process. Discrimintory Law Enforcement. Search and Seizure. Deprivation Of Life, Liberty, Property. Force Psycholoistic Medical Treatment. Force Self Incrimination. Sex Orenitation. Right to Attorney. My Fundamental Rights Violated. Human Rights Violated.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Religion Service. (1th Amend) Seaches and Seizures (4th Amend) Cruel and Unusual Punishment (8 Amend)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
They frozen my PNC Bank Account. Transfer my Child Custody case to Lancaster County. Deprivation of life, liberty, and Property by making me homeless, jobless, and fatherless.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Trying to Illegal entrap me into criminal activities were known informants Derrick Coleman, Harold White, Keith White, Faree White, Erin Wilson, Antwan Brown, and co; been following me around PHILADELPHIA COUNTY purposely having sex with Megan Lynn Miller in front of my Children of my absence and encouraging me to get in the streets while banishing a firearms or Narcotics in their possession.

B. What date and approximate time did the events giving rise to your claim(s) occur?
June 21th of 2015 to September 20th of 2024

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
On March 4th Of 2022; there was a shooting in North Philadelphia around 23th and Diamond Street.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I been suffering severe injuries of stabbing wounds, celluletis in both legs, Baker Cyts in right leg which makes in walk inside instead of straight. A cut on my right finger which became infected with MAGGOTS and have not receive any treatment only from Dr. David Zulouf to REMOVED my finger. Recommanded by David Sweeten. Pain and Suffering. Mentally Distress. Depression. Axniety. Paranoid.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I RAHEEM M. WILSON want to have everyone held accountable for their actions and role for the DEPRIVATION OF MY LIFE, LIBERTY, AND PROPERTY AND THE KIDNAPPING OF MY 3 CHILDREN TO LANCASTER COUNTY PENNSYLVANIA. Where my reward should be all my Family Property and ALL MY INVENTIONS BE RETURN TO ME. So I can get 65% of my inventions to myself, and give 35% to FBI Headquarters. With 100% of my family Property. Where I think the FBI of Headquarters dismantle State and Local Law Enforcement and turn it into Federal Bureau and hire me for its Mentalist. Timothy ~~Oliv~~ Oliver is the City Mayor. Where Toss Ross, Jerome Handle, Clifford Smith, Mr. Pete, Sean Farrell, Harvey Weaver, Ace Capone, Tim Gotti, be under the care of Timothy Oliver and MR. Freeman. Couselor of FDC. AR-AB also should be release under Timothy Oliver care

Be advise each [app] Application should Pay me and the FBI Headquarters 7% annually with a split of 3.5 a piece. And Let the FBI Headquarters have ~~[illegible]~~ 100% of state their establishments. I just want to live my dream of being a inventor and a father toward my 3 children and counting. While practicing my religion correctly. With Lt. Garvey and co; have a large amounts →

FBI Headquarters should also have 83% of the MINT and 17% goes to me.

Also my FIOA Report. So I can know what all happen to me.

The 17% of my money is hold by the FBI Headquerters at the dispose of my money by myself and Children[5]. And when Megan Lynn Miller cooperate and tell the truth on all and everything you ask her. Then her sentence should be 25 years, imprisonment. By informing her by cooperating, we can take it into consideration and she might can be release.?

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/20/24

Signature of Plaintiff: Raheem W

Printed Name of Plaintiff: Raheem M. Wilson

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

City ____________ State ____________ Zip Code ____________

Telephone Number ____________

E-mail Address ____________